No opinion. Concur—Ross, J. P., Carro, Rosenberger, Wallach and Smith, JJ.

ELSIE J. MACDONALD, Respondent, v HERBERT FISCHMAN et al., Appellants.

No opinion. Concur—Sandler, J. P., Ross, Wallach and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SINCLAIR ELLIS, Also Known as ELLIS SINCLAIR, Appellant.—

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Kassal, Ellerin, Wallach and Smith, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS AYALA, Appellant.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Kassal, Ellerin, Wallach and Smith, JJ.

In the Matter of WILLIAM J. HUST, III, Admitted as WILLIAM JAMES HUST, III, an Attorney.